IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 JUL 31  PM 1:23
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
             DEPUTY

| | |
|---|---|
| JOHN DOE, § | |
| § | |
| PLAINTIFF § | |
| § | |
| vs. § | CIVIL NO. A08-CA-293LY |
| § | |
| FRANKLIN BANK, S.S.B., § | |
| FRANKLIN BANK CORP., § | |
| ADMINISTAFF COMPANIES II, L.P., § | |
| THERESA LEFLORE AS § | |
| REPRESENTATIVE OF ADMINISTAFF § | |
| COMPANIES II, L.P., § | |
| JOYCE ERFURDT AS § | |
| REPRESENTATIVE OF FRANKLIN § | |
| BANK, S.S.B., FRANKLIN BANK CORP. § | |
| AND ADMINISTAFF COMPANIES II, § | |
| L.P., and § | |
| JOANNE PARTRIDGE AS § | |
| REPRESENTATIVE OF FRANKLIN § | |
| BANK, S.S.B., FRANKLIN BANK CORP. § | |
| AND ADMINISTAFF COMPANIES II, § | |
| L.P., § | |
| § | |
| DEFENDANTS. § | |

## ORDER

The Court has considered Defendant Franklin Bank Corp.'s Motion for Leave to Exceed the Page Limit for its Motion to Dismiss Under FRCP 12(b)(6) and Motion For More Definite Statement Under FRCP 12(e). After considering Defendant Franklin Bank Corp.'s Motion and any responses thereto, the Court GRANTS Defendant's Motion. It is therefore:

ORDERED, ADJUDGED, AND DECREED that Defendant Franklin Bank Corp.'s request for leave to file its Motion to Dismiss Under FRCP 12(b)(6) and Motion For More Definite Statement Under FRCP 12(e) which exceeds the page limit is hereby GRANTED, and the Clerk of Court is hereby ordered to accept the Motion to Dismiss Under FRCP 12(b)(6) and

Motion For More Definite Statement Under FRCP 12(e) as filed by Defendant Franklin Bank Corp.

Dated this **31st** day of **July**, 2008.

_____
UNITED STATES DISTRICT JUDGE