IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 AUG -6 PM 4:29
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| JOHN DOE, § | |
| PLAINTIFF, § | |
| § | |
| V. § | |
| § | |
| FRANKLIN BANK, S.S.B., § | |
| FRANKLIN BANK CORP., § | |
| ADMINISTAFF COMPANIES II, L.P., § | |
| THERESA LEFLORE AS § | |
| REPRESENTATIVE OF FRANKLIN § | CAUSE NO. A-08-CA-293-LY |
| BANK, S.S.B., FRANKLIN BANK § | |
| CORP. AND ADMINISTAFF § | |
| COMPANIES II, L.P., AND § | |
| JOANNE PARTRIDGE AS § | |
| REPRESENTATIVE OF FRANKLIN § | |
| BANK, S.S.B., FRANKLIN BANK § | |
| CORP. AND ADMINISTAFF § | |
| COMPANIES II, L.P., § | |
| DEFENDANTS. § | |

## ORDER

**IT IS HEREBY ORDERED** that Defendant Teresa LeFlore's Motion to Dismiss under FRCP 12(b)(6) and Motion for More Definite Statement under FRCP 12(e) filed June 23, 2008 (Doc. #11); Defendant Joanne Partridge's Motion to Dismiss under FRCP 12(b)(6) and Motion for More Definite Statement under FRCP 12(e) filed June 23, 2008 (Doc. #12); Defendant Joyce Erfurdt's Motion to to Dismiss under FRCP 12(b)(6) and Motion for More Definite Statement under FRCP 12(e) filed June 23, 2008 (Doc. #13); Defendant Franklin Bank, S.S.B.'s Partial Motion to Dismiss under FRCP 12(b)(6) and Motion for More Definite Statement under FRCP 12(e) filed June 23, 2008 (Doc. #14); Defendant Administaff Companies II, L.P.'s Partial Motion to Dismiss under FRCP 12(b)(6) and Motion for More Definite Statement under FRCP 12(e) filed June 23, 2008 (Doc. #15); Plaintiff's Collective Response Opposing Defendants' Motions for More Definite

Statement under FRCP 12(e), Plaintiff's Request to Proceed under Pseudonym, and Plaintiff's Request for Protective Order filed July 2, 2008 (Doc. #29); Plaintiff's Collective Response to the Motions to Dismiss under FRCP 12(b)(6) of Defendants LeFlore, Erfurdt, and Partridge and Plaintiff's Motion for Leave to File Second Amended Complaint filed July 7, 2008 (Doc. #30); Defendant Franklin Bank Corp.'s Motion t to Dismiss under FRCP 12(b)(6) and Motion for More Definite Statement under FRCP 12(e) filed July 7, 2008 (Doc. #32); Plaintiff's Response Opposing Defendant Franklin Bank Corp.'s Motion to Dismiss under FRCP 12(e) filed July 8, 2008 (Doc. #34); Plaintiff's Response Opposing Franklin Bank Corp.'s Motion to Dismiss under FRCP 12(b)(6) filed July 14, 2008 (Doc. #35); Defendants' Reply to Plaintiff's Collective Response Opposing Defendants' Motions for More Definite Statement under FRCP 12(e) and Response to Plaintiff's Request to Proceed under Pseudonym and for Protective Order filed July 14, 2008 (Doc. #36); Plaintiff's Reply to Defendant's Response to Plaintiff's Requests to Proceed under Pseudonym and for a Standard Protective Order field July 18, 2008 (Doc. #37); Defendants Franklin Bank, S.S.B. and Administaff Companies, L.P.'s Reply to Plaintiff's Collective Response to Defendants' Partial Motions to Dismiss under FRCP 12(b)(6), and Response to Plaintiff's Request for Leave to File Second Amended Complaint filed July 18, 2008 (Doc. #38); Defendants' Reply to Plaintiff's Collective Response to the Motions to Dismiss under FRCP 12(b)(6) of Defendants LeFlore, Erfurdt, and Partridge, and Response to Plaintiff's Motion for Leave to File Second Amended Complaint filed July 18, 2008 (Doc. #39); Defendant Franklin Bank Corp.'s Reply to Plaintiff's Response to Defendant's Motion to Dismiss under FRCP 12(b)(6) filed July 25, 2008 (Doc. #40); and Plaintiff's July 28, 2008 letter to the Court are **REFERRED** to United States Magistrate Robert Pitman for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B),

Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended, or for resolution pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended..

SIGNED this 6th day of August, 2008.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE